IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RAYMOND HIKARI NIIKURA, et al.<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF THE UNITED STATES, et al.<br><br>Defendants. | CIVIL NO. 13-00420 DKW-BMK<br><br>ORDER DISMISSING CASE |

## ORDER DISMISSING CASE

On October 1, 2013, the Court adopted the magistrate judge's Findings and Recommendation ("F&R") to dismiss this action and deny Plaintiff pro se Raymond Niikura's application to proceed *in forma pauperis,* and also granted Plaintiff until October 10, 2013 to file an amended complaint.  *See* October 1, 2013 Order (Dkt. No. 6).  The Court cautioned Plaintiff in the September 10, 2013 F&R that failure to file an amended complaint and pay the required filing fee by October 10, 2013 would result in the dismissal of this action.  *See* September 10, 2013 Order (Dkt. No. 5).  As of the date of this order, Plaintiff has not complied

1

with either of these requirements.  Accordingly, this case is hereby dismissed and the Clerk's Office is directed to close the case.

      IT IS SO ORDERED.

      DATED AT HONOLULU, HAWAIʻI, October 15, 2013.



Derrick K. Watson
United States District Judge

---

Raymond Hikari Niikura, et al. v. State of the United States, et al.;
CV 13-00420 DKW-BMK; ORDER DISMISSING CASE